# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **REGIONS BANK,** )  <br> ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **RISING PHOENIX HOLDING** ) <br> **CORPORATION, TIDAL BASIN** ) <br> **GOVERNMENT CONSULTING** ) <br> **LLC, NBT BANCORP, and NBT BANK,** ) <br> **N.A.,** ) <br> ) <br>     **Defendants.** ) | **CIVIL ACTION NO.:** <br>     **6:22-cv-00933-TJM-ML** |

## AMENDED JOINT STIPULATION OF DISMISSAL

Plaintiff Regions Bank and Defendants NBT Bank, NBT Bancorp, Rising Phoenix Holding Corporation, and Tidal Basin Government Consulting LLC by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the claims filed by Plaintiff in this action, with all parties to bear their own attorneys' fees, costs, and expenses. The parties state that no party hereto is an infant or incompetent.

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  November 8, 2024

/s/ *Robert H. Fowlkes*
Robert H. Fowlkes, Esq.\*
John N. Bolus, Esq.\*
MAYNARD NEXSEN PC
1901 Sixth Ave. N., Ste. 1700
Birmingham, AL 35203
Tel: (205) 254-1000
E-mail: jbolus@maynardnexsen.com
        bfowlkes@maynardnexsen.com
\**admitted pro hac vice*

Margaret M. Siller (703859)
MAYNARD NEXSEN PC
1131 4th Ave. S., Ste. 320
Nashville, TN 37210
Tel: (205) 254-1000

1

E-mail: msiller@maynardnexsen.com

*Counsel for Defendants, Regions Bank and Regions Financial Corporation*

*/s/ Shawn P. Nauton*_____
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
486 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
snaunton@zuckerman.com

Aitan D. Goelman (admitted phv)
Bryan M. Reines (admitted phv)
Trillium E. Chang (admitted phv)
ZUCKERMAN SPAEDER LLP
1800 M. Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
agoelman@zuckerman.com
breines@zuckerman.com
tchang@zuckerman.com

*Counsel for Defendants Rising Phoenix Holding Corp. and Tidal Basin Government Consulting, LLC*

*/s/ J. Randolph Lieber*_____
J. Randolph Liebler (admitted phv)
Dora F. Kaufman (admitted phv)
LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower
44 West Flagler Street, Suite 2500
Miami, Florida 33130
Tel: (305) 379-0400
Fax (305) 379-9626
jrl@lgplaw.com
dfk@lgplaw.com

Barry J. Glickman
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Ave.

New York, New York 10017
Tel: (212) 223-0400
bglickman@zeklaw.com
bleinbach@zeklaw.com

*Counsel for Defendants NBT Bancorp Incorporated and NBT Bank, N.A.*

## Certificate of Service

On October 28, 2024, I e-filed this document with the Court via CM/ECF, which will serve all counsel of record.

| | |
|---|---|
| Shawn P. Naunton<br>ZUCKERMAN SPAEDER LLP<br>486 Madison Avenue, 10th Floor<br>New York, NY 10022<br>Tel: (212) 704-9600<br>Fax: (917) 261-5864<br>snaunton@zuckerman.com | J. Randolph Liebler (admitted phv)<br>Dora F. Kaufman (admitted phv)<br>LIEBLER, GONZALEZ & PORTUONDO<br>Courthouse Tower<br>44 West Flagler Street, Suite 2500<br>Miami, Florida 33130<br>Tel: (305) 379-0400<br>Fax (305) 379-9626<br>jrl@lgplaw.com<br>dfk@lgplaw.com |
| Aitan D. Goelman (admitted phv)<br>Casey Trombley-Shapiro Jonas (admitted phv)<br>Bryan M. Reines (admitted phv)<br>Trillium E. Chang (admitted phv)<br>ZUCKERMAN SPAEDER LLP<br>1800 M. Street NW, Suite 1000<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>agoelman@zuckerman.com<br>cjonas@zuckerman.com<br>breines@zuckerman.com<br>tchang@zuckerman.com | Barry J. Glickman<br>Ronald M. Neumann (phv)<br>ZEICHNER ELLMAN & KRAUSE LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 223-0400<br>bglickman@zeklaw.com<br>rneumann@zeklaw.com |
| *Counsel for Defendants Rising Phoenix Holding Corp. and Tidal Basin Government Consulting, LLC* | *Counsel for Defendants NBT Bancorp Incorporated and NBT Bank, N.A.* |

/s/ *Robert H. Fowlkes*
OF COUNSEL